UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

2011 JAN 18  AM 10: 46

In re: Andrew G. Adams, III   Case No. 11-30297
Debtor                         Chapter 13

TO:  THE HONORABLE DOUGLAS O. TICE, JR., CHIEF JUDGE
     UNITED STATES BANKRUPTCY COURT
     COURTROOM 5100
     701 E BROAD STREET
     RICHMOND, VA 23219

## AFFIDAVIT OF ANDREW GEORGE ADAMS, III

BEFORE ME, the undersigned authority, personally appeared Andrew George Adams, III, known to me, and upon his oath stated as follows:

1. My name is Andrew George Adams, III. I am above the age of 18 years, and competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit.

2. Debtor resides at 13007 East Coal Hopper Lane, Apartment 1B, Old Buckingham Station, Midlothian, VA 23113.

3. I am the debtor in the present bankruptcy case.

4. Prior to this case, I have never filed a bankruptcy case, however debtor was a member of the bar of this court from 2002-2009. I completed the ECF Certification for electronic filing through the office of clerk in 2002. Pro Se Debtor respectfully requests being able to file electronically in this case.

5. I became delinquent in my payments due to changes in my employment.

6. With regard to my personal residence at 13007 E Coal Hopper Lane, Apartment 1B, certain instances arose based upon the Robert E. Hyman "Smell Test" that would appear to give rise to a motion to seal that debtor would like to present orally to Your Honor, under oath.

7. Certain creditors are family members who would appear to only have physical addresses and not Post Office Boxes.

8. Debtor respectfully requests that Your Honor Consider a Motion to Seal prior to

Debtor uploading the creditors matrix within Seventy-Two Hours of Filing of the Voluntary Petition or in the alternative extend time to allow same.

Further Affiant sayeth not.

WITNESS the following signature and seal this **18** day of **January** 2011.

/s/ Andrew George Adams, III
Andrew G. Adams, III, Debtor, Pro Se

CERTIFICATE OF ACKNOWLEDGEMENT:
Commonwealth of Virginia
City of Richmond, to wit:

The foregoing instrument was acknowledged before me this **11th** day of **January**, 2011, by Andrew George Adams, III

My Commission Expires: **6/30/2014**

