**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**IN RE: ANDREW GEORGE ADAMS, III,**    Case No. 11-30297-KRH
    Chapter 13 Debtor

**ORDER OF REASSIGNMENT**

IT IS ORDERED that this bankruptcy case and all related matters are reassigned to the Honorable Robert G. Mayer, United States Bankruptcy Judge, and

IT IS FURTHER ORDERED that the clerk shall send a copy of this order to the Honorable Robert G. Mayer and to all parties-in-interest.

Signed this 20th day of January, 2011.

                                            /s/ Douglas O. Tice Jr.
                                            DOUGLAS O. TICE JR.
                                            CHIEF JUDGE
                                            UNITED STATES BANKRUPTCY COURT