# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

In re:

ANDREW G. ADAMS, III,

    Debtor.

Case No. 11-30297-RGM
(Chapter 13)

## ORDER

THIS CASE is before the court on the debtor's request to file certain documents under seal. It appears to the court that the debtor is requesting that the addresses of family members who are creditors of the debtor be redacted from the public record and be filed under seal.

The debtor also requested that he be permitted to file electronically. Electronic filing is available only to members of the bar. Notwithstanding that the debtor may be proficient in electronic filing, he does not qualify under the current rules.

Upon consideration of the debtor's request, it is

ORDERED:

1. The debtor's request to file documents electronically in this case is denied.

2. The debtor shall timely file his schedules, statement of affairs and all other statements and documents required. However, he may redact the addresses of creditors who are family members. At the same time that he files the redacted copy which shall be entered on the public docket, he shall also file the original copy under seal with the Clerk. The court will review the original and schedule such further hearings and make such further orders as may be appropriate in the circumstances.

DONE at Alexandria, Virginia, this 20th day of January, 2011.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:   Copy mailed to:

Carl M. Bates   Andrew G. Adams, III
13007 East Coal Hopper Lane, Apt. 1B
Midlothian, Virginia 23113

16603